**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Harry  J. Barnett                                                    CHAPTER 7

Debtor(s)

BKY. NO. 21-20955 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich

Maria Miksich
29 Apr 2021, 07:53:49, EDT

Brian C. Nicholas, Esq. (317240)  ☐
Maria D. Miksich, Esq. (319383)  ☑
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com