# PROCEEDING MEMO

**Date: 05/26/2021 01:30 pm**

**In re:   Harry J. Barnett**

          Bankruptcy No. 21-20955-CMB
          Chapter: 7
          Doc. # 9

**Appearances:**  Larry E. Wahlquist, Abagale Steidl, Harry J. Barnett (Debtor)

**Nature of Proceeding:** #9 Motion to Dismiss Case Pursuant to 11 U.S.C. Section 707(a)

**Additional Pleadings:** #12 Response by Debtor

**Judge's Notes:**
OUTCOME: Motion denied without prejudice.

    **Carlota Böhm**
    **Chief U.S. Bankruptcy Judge**

FILED
5/27/21 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA