# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harry J. Barnett<br>　　　　　　　　　　Debtor(s)<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4**<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>**Harry J. Barnett**<br>　　　　　　　　　　Debtor(s)<br><br>**Lisa M. Swope**,<br>Trustee | BK NO. 21-20955 CMB<br><br>Chapter 7<br><br>Related to Claim No. n/a |

## CERTIFICATE OF SERVICE OF
### Notice of Postpetition Mortgage Fees, Expenses, and Charges

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 23, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Harry J. Barnett
426 Dewey Street
Kittanning, PA 16201

Attorney for Debtor(s)
Julie Frazee Steidl, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219

Trustee
Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931

Method of Service: electronic means or first class mail

Dated: June 23, 2021

　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich, Esquire**
　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com